## ANDREWS v. CARR

No. 561P99

Case below: 135 N.C.App. 463

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

## BRANCH v. BRENTWOOD FOOD & BEVERAGE, INC.

No. 7P00

Case below: 135 N.C.App. 631

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 2000.

## BRANDLE v. NATIONWIDE INS. CO.

No. 542P99

Case below: 135 N.C.App. 384

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 6 April 2000.

## CANNON v. CANNON

No. 515P99

Case below: 351 N.C. 186

351 N.C. 352

Motion by plaintiff pro se to reconsider the petition for writ of supersedeas denied 6 April 2000. Motion by plaintiff pro se to reconsider dismissal of appeal or certiorari denied 6 April 2000. Motion by plaintiff pro se for judicial notice denied 6 April 2000. Justices Martin and Wainwright recused.